# Court of Appeals
# of the State of Georgia

ATLANTA, _____July 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0813.  JACKSON v. BOLES.**

This appeal was docketed in this Court on December 23, 2014, making the appellant's enumerations of error and brief due January 12, 2015.  Court of Appeals Rule 22 (a), 23 (a).  On June 11, 2015, this Court ordered the appellant to file his enumeration of errors and brief within ten days of the date of the order.  Because the appellant failed to comply with this Court's rules and the order of June 11, 2015, this appeal is deemed abandoned and is hereby DISMISSED. Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____07/30/2015_____
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*